**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 201 MM 2014 |
| Respondent | : |
| v. | : |
| ALBERT TROCHE JR., | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**.